IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-03393-WYD-CBS

LORRAINE GARCIA,

    Plaintiff,

v.

JOHN C. BONEWICZ, P.C.,
THE CBE GROUP, INC.,
OLSON ASSOCIATES, P.C. d/b/a OLSON SHANER, and
N.A.R., INC.,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal Without Prejudice Only as to Defendants Olson Associates, P.C. d/b/a Olson Shaner, and N.A.R., Inc. filed December 19, 2013 (ECF No. 5), it is

ORDERED that Defendants Olson Associates, P.C. d/b/a Olson Shaner and N.A.R., Inc. are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.

Dated: December 29, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge