IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-03393-WYD-CBS

LORRAINE GARCIA,

    Plaintiff,

v.

JOHN C. BONEWICZ, P.C., and
THE CBE GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation to Dismiss With Prejudice filed March 28, 2014. After a review of the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss With Prejudice is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, without fees or costs to either party.

Dated: March 31, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge